**Opinion issued May 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00173-CV

———————————

**MARIE WHITTAKER, Appellant**

**V.**

**DIRECT ENERGY MARKETING, LTD., Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-68766**

---

**MEMORANDUM OPINION**

Appellant, Marie Whittaker, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West Supp. 2015); Fees Charged

in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of required fees and want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.